IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAN ERICKSON,                         No. C 09-2945 WHA (PR)

        Petitioner,                 **ORDER OF DISMISSAL**

  vs.

DERRAL G. ADAMS,

        Respondents.
                              /

       This is a habeas case filed pro se by a state prisoner. In the initial review order dated August 31, 2009, the petition was dismissed with leave to amend within thirty days. In that order petitioner was warned that if he did not amend within the time allowed the case would be dismissed. He has not amended.

       This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

       **IT IS SO ORDERED.**

Dated: November __18__, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\ERICKSON2945.DSM.wpd